UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 JAN 25 P 2: 53

U S   v Collins
3.03 cv 1549
3 01 CR 0222

U.S. DISTRICT COURT
BRIDGEPORT, CONN

January 20 2005

BY HAND

" REQUEST to File   AMENDMENDMENT "
to § 2255 Brief [ PRIOR ] to
Court s RESPONSE    " DUE TO "
[ <u>CHANGE</u> of <u>LAW</u> ] . . . . . . . . .

District Judge
I PHILIP Collins Pro Se  hereby " REQUEST " that this Honorable Court permitt me to file supplimental  [ AMENDED BRIEF ]  " PRIOR " to this Court's Ruling to this § 2255 before this Court pending review .

This request is due to the  " CHANGE of Law "  pursuant to  what the US SUPREME COURT RULED in  Blakely , Booker & FAN FAN cases ,

This would surely undue the travesty of injustice in this case

I am also providing the US ATTORNEY ASSISITANT Finnerty with a
a  " <u>COPY</u> " of this request for his response ,

Respectfully Submitted
*P. Collins*
Philip Collins #14430 014
P O   BOX 2000
FCI ALLENWOOD
White Deer Pa   17887
Pro Se Petitioner

# PROOF OF SERVICE

I certify that on ___1-20-05___ (date) I mailed a copy of this brief and attachments via first class mail to the following parties at the addressess listed below:

1.) Clerk's Office
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT. 06604

2.) James J. Finnerty
U.S. Attorney's Office
915 Lafayette Blvd,
Bridgeport, CT, 06604

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on ___1-20-05___ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____D. Collins_____
Signature

Dated: ___1-20-05___