UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 FEB 16 P 4:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

PHILIP D. COLLINS
    PETITIONER

Judge: UNDERHILL

3:01-cr-222
3:03-cv-1549

-v-

UNITED STATES OF AMERICA
    Respondents

AMENDMENT to 28 U.S.C. §2255
Petition pursuant to " COURT"S "
" ORDERED APPROVAL of such .... "

Comes Now the Petitioner P.D. Collins (PRO SE) hereby " AMENDS " his ORINALLY FILED COMPLAINT ( §2255) Vacate, Set Aside, or Correct Sentence _____ ............

Now , POST BALKELY -v- Washington Decided most Receintly by the U.S. SUPREME COURT ( cite omiited ) has " CLARIFIED " this particular " DEFECT " present here in this case .......

The petitioner Collins , was indicted by a GRANDJURY for a specific violation of FEDERAL LAWS , but come day of sentencing was given a sentence for another law violation , which is in **violation of the UNITED STATES CONSTITUTIONAL LAWS of the UNITED STATES OF AMERICA ..  also, the " WARRENT " issued from this Court was violated by the Agency intrusted to CARRY OUT such inquiies** .......... This in iteself , causes a " 4th Amend. of US CONST. " since it violates what is held in " FRANKS -v- DELAWARE , 139 L ed.2d. 971 "

1

<u>where the US SUPREME COURT</u> " HELD " :; [ <u>REQUIREMENT</u> ] , under the FEDERAL CONSTITUTION 's FOURTH AMENDMENT guarantee against unreasonable searches , and seizures , that warrents , when issued upon probable cause , must be supported by " OATH " or affirmation ........ There , could have been " <u>NO</u> " valid statement issued to any COURT concerning the where abouts of any drugs or illegal activity taking place to support a warrent's issuance request ........ This affirmation which the SUPREME COURT , states is needed , therefore would be done and submitted by the agent would constitute a violation **pursuant to title 18 U.S.C. §§ 1001, 1622 , submitting** <u>FALSE & PERJURIOUS STATEMENTS</u> **to a GRAND JURY and or Police INVESTIGATION** .... This also goes against what is held in " <u>US -v- SCHWARZ ,283 F3d. 76 ( 2nd. Cir.2002 )</u> :

> **The court : Had he known his testimony would've been presented to a GRANDJURY he would have worded it different...**
> **( <u>REVERSED & REMANDED</u> ) KNOWN USE of PERJURED Testimony**

This also, runs " <u>AFOUL</u> " of the " <u>STRICT ADHEARANCE</u> " to policy # <u>DR 7 - 102. A4</u> , " CODE of Proffessional Responsibilty .........

> " Who ever [ procures ] another person to committ any Perjury , is guilty of subornation of Perjury .....

We now have to view this case also for " <u>PROSECUTORIAL MISCONDUCT</u> " since the Prosecutor , is responsible to protect the RIGHTS of the accused too , and if a " NON BIASED APPROACH was taken and viewed the evidence , he/she would have seen the " <u>IRREGULARITIES</u> " present here with this case .. This violates what the Second Circuit Court of Appeals held in <u>US -v- Valentine ,820 F2d. 565 ( 2nd Cir. 1987 )</u>

> Where " PROSECUTOR's argument was [ refuted ] by unoffered evidence contained in Gov't's Files , the case is " <u>ORDERED</u>"
> ( REVERSED & REMANDED ) due to Prosecutorial Misconduct ...

Question also present here , IS & Was  the indictment amended cunstructively , which now causes a  " 5 th Amendment Violation of the UNITED STATES CONSTITUTION ..   Petitoner Collins , states he was   " INDICTED "  for one law violation & sentenced to something totally different ....  SEE SENTENCING TRANSCRIPT & INDICTMENT

The Court in US -v- Floresca , 38 F3d. 706 ( 1994 )   at 707 " CLEARLY" Criminal Law 1032 (7) ; Constructive Amendment of indictment was error and that error was plain ,obvious error enough to require district court to correct it ,because error effected defendant's substantial right to grandjury indictment . Fed.Rules Cr.Proc. 52(b) 18 USCA.   This also would  " SUPPORT " [ ineffective assistance of counsel claim ] made earlier on in this  " ORIGINAL FILING " .....

> U.S. CONST. 5th. Amend. ,: NO person shall be held
> for a capitol crime ,or otherwise infamous crime ,
> unless a presentment or indictment of a Grandjury....

> Stirone ,361 US. at 217 note 10 ; that aconstructive amendment
> of the indictment  constitutes error per se , Plainly or simply
> " a court cannot permit  a defendant to be tried on charges that
> are not made in the indictment against him  ............

This violation of the US CONSTITUTIONAL RIGHTS of Collins , is far too serious to be treated as nothing more than a variance and then dismissed  as harmless error ........

> Stirone  361 US. at 217 ; Appeal & Error § 1572-Harmles
> error-variance from Indictment ...........
> US SUPREMECOURT  " UNAMOUSLY "  [ REVERSED ] this case ....

The case at Bar , presents the similar effect ,since when can a person be sentenced for an " UNCHARGED " act that he was not indicted for ???   Therefore again this Court [ without ] a Hearing to ascertain that facts that has caused a manifest injustice ,that went undisturbed due to ineffective assistance of counsel in combination with a host of Gov't Misconduct ( Prosecutorial ) which resulted in Collins to be

3

illegally sentence for an act <u>not</u> <u>indicted</u> for which again violates his <u>5th Amendment Rights vested pursuant to the U.S. Constitution</u> ......... Which now causes to be present the taken of a " <u>PLEA AGREEMENT</u> " and makes it unitelligable since "<u> NO </u>" person with knowledge of the Law and being of sound mind would plead guilty for a crime he is not guilty for , and would result in him being imprisoned for a lengthy period of time ..........

Again , this supports an " <u>INEFFECTIVE</u> " assistance of counsel claim , which compounded this into further litigation that should have benn corrected be the " <u>TRIAL / SENTENCING COURT</u> " , now without any <u>FATICO HEARING or EVIDENTIARY HEARING</u> this cas will compound even further ..........

## CONCLUSION

The petitioner Collins acting <u>Pro Se</u> hereby request that this Honorable Court " <u>VACATE his Sentence</u> " and appoint compitent counsel to Reveiw his case for any further defects that might latter surface and procceed to trial and or refer this case back to the GRANDJURY !! So Prays the Petitioner .........

Date : 2/12/05

Respectfully Submitted By :

*Phillip Collins*
Philip D. Collins
Pro Se Petitioner
P.O. Box 2000
FCI ALLENWOOD,
White Deer, Pa. 17887

4

illegally senten

# PROOF OF SERVICE

I certify that on __2, 12, 05__ (date) I mailed a copy of this brief and attachments via first class mail to the following parties at the addressess listed below:

① U.S. Court House
915 Lafayette Blvd.
Bridgeport Conn.
06604

② U.S. Attorney's office
915 Lafayette Blvd.
Bridgeport, Conn. 06604

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on __2, 12, 05__ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_Phillip Collins_
Signature

Dated: 2, 12, 05